## BENDER vs. BRIDGE & Co.

It is error to issue a joint writ of garnishment against several, with allegations of a
several instead of a joint indebtedness.

*Error to Pulaski Circuit Court.*

The Hon. JOHN J. CLENDENIN, Circuit Judge.

WATKINS & GALLAGHER for the plaintiff.

BERTRAND for the defendants.

Mr. Justice SCOTT delivered the opinion of the Court.

This cause was brought here by writ of error to the Pulaski
Circuit Court, sued out by Bender. The facts of the case, in all
that is material to the point of law involved, are the same, as
in the case of the *Cincinnati and Little Rock Slate Co. vs. Bridge*

$\&$ Co., (17 *Ark. R. p.*   ) following the cases of *Thorn* $\&$ *Robins vs. Woodruff et al.,* 5 *Ark. R.* 55, and *Moreland et al. vs. Pelham,* 2 *Eng. R.* 338.

Upon the authority of these cases, the judgment in question must be reversed, and the cause remanded.